Decided September 14, 1994

SOUTH FARMS ASSOCIATES LIMITED PARTNERSHIP *v.* J. WILLIAM BURNS, COMMISSIONER OF TRANSPORTATION

The petition of the substitute plaintiff Martin W. Hoffman, trustee, for certification for appeal from the Appellate Court, 35 Conn. App. 9 (AC 12078), is denied.

*William H. Champlin III* and *Glory Martyn Lena,* in support of the petition.

*Lawrence G. Widem,* assistant attorney general, in opposition.

Decided September 14, 1994